**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Latasha S Connor                                     CHAPTER 13
        Dexter E Connor

               Debtor(s)                            BKY. NO. 23-13181 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

                                              Respectfully submitted,

                                              /s/ *Michael Farrington*
                                              Michael Farrington
                                              30 Oct 2023, 09:44:45, EDT

                                              KML Law Group, P.C.
                                              701 Market Street, Suite 5000
                                              Philadelphia, PA 19106-1532
                                              (215) 627-1322