Certificate Number: 17082-PAE-DE-037903882

Bankruptcy Case Number: 23-13181



17082-PAE-DE-037903882

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 1, 2023, at 6:22 o'clock PM MST, LATASHA S CONNOR completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  November 1, 2023               By:    /s/Orsolya K Lazar

                                      Name:  Orsolya K Lazar

                                      Title: Executive Director