United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 23-13181-pmm
Latasha S Connor Chapter 13
Dexter E Connor
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: admin    Page 1 of 3
Date Rcvd: Dec 08, 2023    Form ID: 215    Total Noticed: 33

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Latasha S Connor, Dexter E Connor, 2025 Strathmore Drive, Macungie, PA 18062-8228 |
| 14827804 | + | Achieve Personal Loans, P.O.Box 2340, Phoenix, AZ 85002-2340 |
| 14824745 | + | BABITBAY BEACH DEVELOPMENT V.V, 740 CENTRE VIEW BLVD, Ft Mitchell, KY 41017-5434 |
| 14827179 | + | Lakeview Loan Servicing, LLC, c/o Michael Farrington, Esq., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14824758 | + | MISSION LANE TAB BANK, BOX 105268, Atlanta, GA 30348-5268 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14824742 | + | Email/Text: BankruptcyNotices@Achieve.com | Dec 09 2023 00:14:00 | ACHEIVE PERSONAL LOANS, 1875 S GRANT ST., STE 400, San Mateo, CA 94402-2676 |
| 14824743 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 09 2023 00:14:00 | ADS/COMENITY/ULTA, BOX 182120, Columbus, OH 43218-2120 |
| 14824744 | + | Email/Text: bnc-aquafinance@quantum3group.com | Dec 09 2023 00:15:00 | AQUA FINANCE IN FBO CONNEXUS FCU, BOX 1143, Wausau, WI 54402-1143 |
| 14824746 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 09 2023 00:14:00 | BANK OF AMERICA, BOX 982238, El Paso, TX 79998-2238 |
| 14824747 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 09 2023 00:19:21 | CAPITAL ONE, BOX 31293, Salt Lake City, UT 84131-0293 |
| 14824748 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 09 2023 00:19:22 | CITICARDS CBNA, BOX 6241, Sioux Falls, SD 57117-6241 |
| 14824749 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 09 2023 00:14:00 | COMENITY BANK/EXPRESS, BOX 182789, Columbus, OH 43218-2789 |
| 14824750 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 09 2023 00:19:35 | CREDIT ONE BANK, BOX 98875, Las Vegas, NV 89193-8875 |
| 14836248 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 09 2023 00:19:37 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14824752 | + | Email/Text: electronicbkydocs@nelnet.net | Dec 09 2023 00:14:00 | DEPARTMENT OF EDUCATION/NELNET, PO BOX 82561, Lincoln, NE 68501-2561 |
| 14824753 | + | Email/Text: mrdiscen@discover.com | Dec 09 2023 00:14:00 | DISCOVER, BOX 30939, Salt Lake City, UT 84130-0939 |
| 14828351 | | Email/Text: mrdiscen@discover.com | Dec 09 2023 00:14:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14824755 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 09 2023 00:14:00 | INTERNAL REVENUE SERVICE, Box 7346, Philadelphia, PA 19101-7346 |
| 14824756 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Dec 09 2023 00:14:00 | LAKEVIEW LOAN SERVICING, ATTN: |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 08, 2023 | Form ID: 215 | Total Noticed: 33 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | CUSTOMER SERVICE, PO BOX 8068, Virginia Beach, VA 23450-8068 |
| 14826668 | ^ | MEBN | Dec 09 2023 00:11:00 | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14824757 | + | Email/Text: bankruptcy@marinerfinance.com | Dec 09 2023 00:14:00 | MARINER FINANCE, 8211 TOWN CENTER DRIVE, Nottingham, MD 21236-5904 |
| 14824759 | + | Email/PDF: cbp@omf.com | Dec 09 2023 00:19:35 | ONEMAIN, BOX 1010, Evansville, IN 47706-1010 |
| 14833370 | | Email/PDF: cbp@omf.com | Dec 09 2023 00:19:38 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 14824760 | | Email/Text: bkrgeneric@penfed.org | Dec 09 2023 00:14:00 | PENTAGON FEDERAL CREDIT UNION, BOX 1432, Alexandria, VA 22313 |
| 14831828 | | Email/Text: bnc-quantum@quantum3group.com | Dec 09 2023 00:14:00 | Quantum3 Group LLC as agent for, Aqua Finance Inc. FBO (Connexus Credit U, PO Box 788, Kirkland, WA 98083-0788 |
| 14824761 | + | Email/Text: ebn_bkrt_forms@salliemae.com | Dec 09 2023 00:15:00 | SALLIE MAE, BOX 3229, Wilmington, DE 19804-0229 |
| 14824762 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Dec 09 2023 00:14:00 | TBOM/ATLS/FORTIVA, BOX 105555, Atlanta, GA 30348-5555 |
| 14824763 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 09 2023 00:19:51 | THD/CBNA, BOX 6497, Sioux Falls, SD 57117-6497 |
| 14824764 | + | Email/Text: LCI@upstart.com | Dec 09 2023 00:14:00 | UPSTART, box 1503, San Carlos, CA 94070-7503 |
| 14832810 | + | Email/Text: electronicbkydocs@nelnet.net | Dec 09 2023 00:14:00 | US DEPARTMENT OF EDUCATION C/O NELNET, 121 S. 13TH STREET, LINCOLN NE 68508-1904 |
| 14824765 | + | Email/Text: bkelectronicnotices@usaa.com | Dec 09 2023 00:14:00 | USAA FEDERAL SAVINGS BANK, BOX 33009, San Antonio, TX 78265-3009 |
| 14836980 | + | Email/Text: RASEBN@raslg.com | Dec 09 2023 00:14:00 | USAA Federal Savings Bank, Robertson, Anschutz, Schneid, Crane & Partners, PLLC, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 14827643 | ^ | MEBN | Dec 09 2023 00:10:58 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14824751 | | CREDIT ONE BANK |
| 14824754 | | DOMINIQUE CONNOR |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

District/off: 0313-4 | User: admin | Page 3 of 3
Date Rcvd: Dec 08, 2023 | Form ID: 215 | Total Noticed: 33

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2023       Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| LYNN E. FELDMAN | on behalf of Joint Debtor Dexter E Connor feldmanfiling@rcn.com  feldman.lynnb123770@notify.bestcase.com |
| LYNN E. FELDMAN | on behalf of Debtor Latasha S Connor feldmanfiling@rcn.com  feldman.lynnb123770@notify.bestcase.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC mfarrington@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

| | |
|---|---|
| In re: | : Chapter 13 |
| | : |
| Latasha S Connor and Dexter E Connor | : Case No. 23−13181−pmm |
| Debtor(s) | : |

_____

*NOTICE OF MATERIAL MISSTATEMENT OF DEBTOR'S*
*INCOME, EXPENSES OR ASSETS,*

In accordance with 28 U.S.C. Section 586(f)(1), the United States Trustee contracted for an audit to be performed of the above−captioned debtor's petition, schedules and other information filed and/or provided by the debtor in this case.

NOTICE IS HEREBY GIVEN that the audit revealed one or more material misstatements concerning the debtor's income, expenses and/or assets. **The Report is not a legal determination, and the legal effect of the auditor's finding of material misstatement is a question for the Court.** The audit report has been filed with the Court and is available for review by parties in interest.

12/8/23

Timothy B. McGrath, Clerk

Deputy Clerk

18
Form 215