UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Latasha S Connor<br>    Dexter E Connor<br><br>            Debtors | Chapter 13<br>Bankruptcy No.23-13181-PMM |

### CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtors* filed in the above-referenced case has been served this 1st day of February, 2024, by first class mail upon those listed below:

Latasha S Connor
Dexter E Connor
2025 Strathmore Drive
Macungie, PA  18062

**Electronically via CM/ECF System Only:**

LYNN E FELDMAN ESQ
FELDMAN LAW OFFICES PC
2310 WALBERT AVENUE
SUITE 103
ALLENTOWN, PA  18104

*/s/ Kristen Gliem*
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee