**UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DIVISION OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | LATASHA S. CONNOR : | |
| | DEXTER E CONNOR : | |
| | : | Case No. 23-13181-PMM |
| | Debtors. : | CHAPTER 13 |

## CERTIFICATE OF SERVICE

I, Lynn E. Feldman, Esquire, counsel for the above-captioned Debtors, does hereby certify that a true and correct copy of the foregoing **First Amended Pre-Confirmation Chapter 13 Plan**, *Amended Schedule I, Amended J and Declaration* has been served upon the parties on the attached list, by First Class United States Mail, postage prepaid, and/or electronically on the 21st day of February, 2024:

United States Trustee's Office
Custom House
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

Latasha and Dexter Connor
2025 Strathmore Drive
Macungie PA 18062

Scott Waterman
Chapter 13 Trustee
2901 St Lawrence Avenue
Suite 100
Reading, PA 19062

Date:  February 21, 2024

/s/ *Lynn E. Feldman, Esquire*
Lynn E. Feldman, Esquire
Attorney for Debtors
PA I.D. #: 35996
Feldman Law Offices, P.C.
2310 Walbert Avenue
Allentown, PA  18104
(610) 530-9285