United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-13181-pmm |
| Latasha S Connor | Chapter 13 |
| Dexter E Connor | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 18, 2024 | Form ID: 155 | Total Noticed: 42 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Latasha S Connor, Dexter E Connor, 2025 Strathmore Drive, Macungie, PA 18062-8228 |
| 14827804 | + | Achieve Personal Loans, P.O.Box 2340, Phoenix, AZ 85002-2340 |
| 14824745 | + | BABITBAY BEACH DEVELOPMENT V.V, 740 CENTRE VIEW BLVD, Ft Mitchell, KY 41017-5434 |
| 14827179 | + | Lakeview Loan Servicing, LLC, c/o Michael Farrington, Esq., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14824758 | + | MISSION LANE TAB BANK, BOX 105268, Atlanta, GA 30348-5268 |
| 14842989 | | Portfolio Recovery Associates, LLC, POB 12+14, Norfolk VA 23541 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14824742 | + | Email/Text: BankruptcyNotices@Achieve.com | Apr 19 2024 00:09:00 | ACHEIVE PERSONAL LOANS, 1875 S GRANT ST., STE 400, San Mateo, CA 94402-2676 |
| 14824743 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 19 2024 00:09:00 | ADS/COMENITY/ULTA, BOX 182120, Columbus, OH 43218-2120 |
| 14824744 | + | Email/Text: bnc-aquafinance@quantum3group.com | Apr 19 2024 00:10:00 | AQUA FINANCE IN FBO CONNEXUS FCU, BOX 1143, Wausau, WI 54402-1143 |
| 14824746 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 19 2024 00:08:00 | BANK OF AMERICA, BOX 982238, El Paso, TX 79998-2238 |
| 14824747 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 19 2024 00:29:13 | CAPITAL ONE, BOX 31293, Salt Lake City, UT 84131-0293 |
| 14824748 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 19 2024 00:29:14 | CITICARDS CBNA, BOX 6241, Sioux Falls, SD 57117-6241 |
| 14824749 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 19 2024 00:09:00 | COMENITY BANK/EXPRESS, BOX 182789, Columbus, OH 43218-2789 |
| 14824750 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 19 2024 00:28:35 | CREDIT ONE BANK, BOX 98875, Las Vegas, NV 89193-8875 |
| 14836248 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 19 2024 00:28:43 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14841571 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 19 2024 00:28:18 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14824752 | + | Email/Text: electronicbkydocs@nelnet.net | Apr 19 2024 00:09:00 | DEPARTMENT OF EDUCATION/NELNET, PO BOX 82561, Lincoln, NE 68501-2561 |
| 14824753 | + | Email/Text: mrdiscen@discover.com | Apr 19 2024 00:08:00 | DISCOVER, BOX 30939, Salt Lake City, UT 84130-0939 |
| 14828351 | | Email/Text: mrdiscen@discover.com | Apr 19 2024 00:08:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |

Case 23-13181-pmm   Doc 39   Filed 04/20/24   Entered 04/21/24 00:34:10   Desc Imaged
                             Certificate of Notice   Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 18, 2024 | Form ID: 155 | Total Noticed: 42 |

| Record | Flag | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14824755 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 19 2024 00:09:00 | INTERNAL REVENUE SERVICE, Box 7346, Philadelphia, PA 19101-7346 |
| 14824756 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Apr 19 2024 00:09:00 | LAKEVIEW LOAN SERVICING, ATTN: CUSTOMER SERVICE, PO BOX 8068, Virginia Beach, VA 23450-8068 |
| 14841919 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 19 2024 00:12:31 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14826668 | | ^ MEBN | Apr 18 2024 23:59:11 | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14843350 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Apr 19 2024 00:09:00 | LoanCare, LLC, 3637 Sentara Way, Virgina Beach, VA 23452-4262 |
| 14824757 | + | Email/Text: bankruptcy@marinerfinance.com | Apr 19 2024 00:08:00 | MARINER FINANCE, 8211 TOWN CENTER DRIVE, Nottingham, MD 21236-5904 |
| 14824759 | + | Email/PDF: cbp@omf.com | Apr 19 2024 00:12:28 | ONEMAIN, BOX 1010, Evansville, IN 47706-1010 |
| 14833370 | | Email/PDF: cbp@omf.com | Apr 19 2024 00:28:43 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 14824760 | | Email/Text: bkrgeneric@penfed.org | Apr 19 2024 00:08:00 | PENTAGON FEDERAL CREDIT UNION, BOX 1432, Alexandria, VA 22313 |
| 14842195 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 19 2024 00:12:15 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14857207 | | Email/Text: bnc-quantum@quantum3group.com | Apr 19 2024 00:09:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14831828 | | Email/Text: bnc-quantum@quantum3group.com | Apr 19 2024 00:09:00 | Quantum3 Group LLC as agent for, Aqua Finance Inc. FBO (Connexus Credit U, PO Box 788, Kirkland, WA 98083-0788 |
| 14840407 | | Email/Text: bnc-quantum@quantum3group.com | Apr 19 2024 00:09:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14840406 | | Email/Text: bnc-quantum@quantum3group.com | Apr 19 2024 00:09:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14824761 | + | Email/Text: ebn_bkrt_forms@salliemae.com | Apr 19 2024 00:10:00 | SALLIE MAE, BOX 3229, Wilmington, DE 19804-0229 |
| 14842991 | | Email/Text: ebn_bkrt_forms@salliemae.com | Apr 19 2024 00:10:00 | Sallie Mae, P.O. Box 3319, Wilmington, DE 19804-4319 |
| 14824762 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Apr 19 2024 00:08:00 | TBOM/ATLS/FORTIVA, BOX 105555, Atlanta, GA 30348-5555 |
| 14824763 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 19 2024 00:12:31 | THD/CBNA, BOX 6497, Sioux Falls, SD 57117-6497 |
| 14824764 | + | Email/Text: LCI@upstart.com | Apr 19 2024 00:09:00 | UPSTART, box 1503, San Carlos, CA 94070-7503 |
| 14832810 | + | Email/Text: electronicbkydocs@nelnet.net | Apr 19 2024 00:09:00 | US DEPARTMENT OF EDUCATION C/O NELNET, 121 S. 13TH STREET, LINCOLN NE 68508-1904 |
| 14824765 | + | Email/Text: bkelectronicnotices@usaa.com | Apr 19 2024 00:08:00 | USAA FEDERAL SAVINGS BANK, BOX 33009, San Antonio, TX 78265-3009 |
| 14836980 | + | Email/Text: RASEBN@raslg.com | Apr 19 2024 00:08:00 | USAA Federal Savings Bank, Robertson, Anschutz, Schneid, Crane &, Partners, PLLC, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 14827643 | | ^ MEBN | Apr 18 2024 23:59:15 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14824751 | | CREDIT ONE BANK |
| 14824754 | | DOMINIQUE CONNOR |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 20, 2024         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| LYNN E. FELDMAN | on behalf of Joint Debtor Dexter E Connor feldmanfiling@rcn.com feldman.lynnb123770@notify.bestcase.com |
| LYNN E. FELDMAN | on behalf of Debtor Latasha S Connor feldmanfiling@rcn.com feldman.lynnb123770@notify.bestcase.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC mfarrington@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form 155* (2/24)

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  Latasha S Connor<br><br>  Dexter E Connor<br><br>  Debtor(s). | Case No. 23−13181−pmm<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: April 18, 2024

For The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court