Office Mailing Address:
Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 23-13181-PMM

Latasha S Connor
Dexter E Connor
2025 Strathmore Drive
Macungie  PA    18062

Petition Filed Date: 10/24/2023
341 Hearing Date: 12/05/2023
Confirmation Date: 04/18/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|------|--------|-----------|------|--------|-----------|------|--------|-----------|
| 11/22/2023 | $435.00 | | 12/22/2023 | $435.00 | | 01/23/2024 | $435.00 | |
| 02/27/2024 | $435.00 | | 03/27/2024 | $435.00 | | 04/24/2024 | $435.00 | |
| 05/24/2024 | $435.00 | | 06/27/2024 | $435.00 | | 07/24/2024 | $435.00 | |

Total Receipts for the Period: $3,915.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $3,915.00

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | LYNN E FELDMAN ESQ | Attorney Fees | $4,388.00 | $3,523.50 | $864.50 |
| 1 | UPSTART NETWORK INC »» 001 | Unsecured Creditors | $29,792.71 | $0.00 | $29,792.71 |
| 2 | ACHIEVE PERSONAL LOANS »» 002 | Unsecured Creditors | $43,661.93 | $0.00 | $43,661.93 |
| 3 | DISCOVER BANK »» 003 | Unsecured Creditors | $2,023.31 | $0.00 | $2,023.31 |
| 4 | UNITED STATES TREASURY (IRS) »» 04P | Priority Crediors | $1,309.47 | $0.00 | $1,309.47 |
| 5 | UNITED STATES TREASURY (IRS) »» 04U | Unsecured Creditors | $17.49 | $0.00 | $17.49 |
| 6 | QUANTUM3 GROUP LLC AS AGENT FOR »» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | US DEPARTMENT OF EDUCATION »» 006 | Unsecured Creditors | $69,603.16 | $0.00 | $69,603.16 |
| 8 | ONE MAIN FINANCIAL GROUP LLC »» 07S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | ONE MAIN FINANCIAL GROUP LLC »» 07U | Unsecured Creditors | $4,117.99 | $0.00 | $4,117.99 |
| 10 | QUANTUM3 GROUP LLC AS AGENT FOR »» 008 | Unsecured Creditors | $9,317.75 | $0.00 | $9,317.75 |
| 11 | PENTAGON FEDERAL CREDIT UNION »» 009 | Unsecured Creditors | $10,938.77 | $0.00 | $10,938.77 |
| 12 | CAPITAL ONE BANK (USA) NA »» 010 | Unsecured Creditors | $9,926.14 | $0.00 | $9,926.14 |
| 13 | CAPITAL ONE BANK (USA) NA »» 011 | Unsecured Creditors | $10,343.25 | $0.00 | $10,343.25 |
| 14 | CAPITAL ONE BANK (USA) NA »» 012 | Unsecured Creditors | $6,788.66 | $0.00 | $6,788.66 |
| 15 | CAPITAL ONE BANK (USA) NA »» 013 | Unsecured Creditors | $3,768.64 | $0.00 | $3,768.64 |

**Chapter 13 Case No. 23-13181-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 16 | CAPITAL ONE BANK (USA) NA<br>»» 014 | Unsecured Creditors | $5,408.76 | $0.00 | $5,408.76 |
| 17 | USAA FEDERAL SAVINGS BANK<br>»» 015 | Secured Creditors | $697.98 | $0.00 | $697.98 |
| 18 | MARINER FINANCE LLC<br>»» 016 | Unsecured Creditors | $5,200.50 | $0.00 | $5,200.50 |
| 19 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 017 | Unsecured Creditors | $3,697.13 | $0.00 | $3,697.13 |
| 20 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 018 | Unsecured Creditors | $738.73 | $0.00 | $738.73 |
| 21 | CITIBANK NA<br>»» 019 | Unsecured Creditors | $443.17 | $0.00 | $443.17 |
| 29 | LVNV FUNDING LLC<br>»» 027 | Unsecured Creditors | $5,184.74 | $0.00 | $5,184.74 |
| 30 | LVNV FUNDING LLC<br>»» 028 | Unsecured Creditors | $2,434.03 | $0.00 | $2,434.03 |
| 31 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 029 | Unsecured Creditors | $7,356.78 | $0.00 | $7,356.78 |
| 32 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 030 | Unsecured Creditors | $12,100.13 | $0.00 | $12,100.13 |
| 33 | LOANCARE SERVICING CENTER<br>»» 031 | Mortgage Arrears | $276.36 | $0.00 | $276.36 |
| 22 | LVNV FUNDING LLC<br>»» 020 | Unsecured Creditors | $1,008.81 | $0.00 | $1,008.81 |
| 23 | LVNV FUNDING LLC<br>»» 021 | Unsecured Creditors | $1,247.97 | $0.00 | $1,247.97 |
| 24 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 022 | Unsecured Creditors | $1,807.12 | $0.00 | $1,807.12 |
| 25 | LVNV FUNDING LLC<br>»» 023 | Unsecured Creditors | $1,560.37 | $0.00 | $1,560.37 |
| 26 | LVNV FUNDING LLC<br>»» 024 | Unsecured Creditors | $1,372.16 | $0.00 | $1,372.16 |
| 27 | SALLIE MAE<br>»» 025 | Unsecured Creditors | $32,439.93 | $0.00 | $32,439.93 |
| 28 | SALLIE MAE<br>»» 026 | Unsecured Creditors | $31,936.67 | $0.00 | $31,936.67 |
| 34 | BABITBAY BEACH DEVELOPMENT V.V | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 35 | BANK OF AMERICA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 36 | MISSION LANE TAB BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 37 | TBOM/ATLS/FORTIVA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 38 | USAA FEDERAL SAVINGS BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-13181-PMM**

| **SUMMARY** |
|---|

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,915.00 | Current Monthly Payment: | $435.00 |
| Paid to Claims: | $3,523.50 | Arrearages: | $435.00 |
| Paid to Trustee: | $391.50 | Total Plan Base: | $26,100.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
 for more  information.**

• Your case information is available to view online at the National Data Center. Please visit
www.ndc.org.