| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 23-13181-PMM

| | |
|---|---|
| Latasha S Connor | Petition Filed Date: 10/24/2023 |
| Dexter E Connor | 341 Hearing Date: 12/05/2023 |
| 2025 Strathmore Drive | Confirmation Date: 04/18/2024 |
| Macungie PA 18062 | |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/27/2024 | $435.00 | | 09/26/2024 | $435.00 | | 10/25/2024 | $435.00 | |
| 11/27/2024 | $435.00 | | 12/27/2024 | $435.00 | | 01/28/2025 | $435.00 | |
| 02/27/2025 | $435.00 | | 03/26/2025 | $435.00 | | 04/28/2025 | $435.00 | |
| 06/02/2025 | $435.00 | | 06/25/2025 | $435.00 | | 07/29/2025 | $435.00 | |

**Total Receipts for the Period: $5,220.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $9,570.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | LYNN E FELDMAN ESQ | Attorney Fees | $4,388.00 | $4,388.00 | $0.00 |
| 1 | UPSTART NETWORK INC »» 001 | Unsecured Creditors | $29,792.71 | $156.81 | $29,635.90 |
| 2 | ACHIEVE PERSONAL LOANS »» 002 | Unsecured Creditors | $43,661.93 | $229.84 | $43,432.09 |
| 3 | DISCOVER BANK »» 003 | Unsecured Creditors | $2,023.31 | $0.00 | $2,023.31 |
| 4 | UNITED STATES TREASURY (IRS) »» 04P | Priority Crediors | $1,309.47 | $1,309.47 | $0.00 |
| 5 | UNITED STATES TREASURY (IRS) »» 04U | Unsecured Creditors | $17.49 | $0.00 | $17.49 |
| 6 | QUANTUM3 GROUP LLC AS AGENT FOR »» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | US DEPARTMENT OF EDUCATION »» 006 | Unsecured Creditors | $69,603.16 | $366.37 | $69,236.79 |
| 8 | ONE MAIN FINANCIAL GROUP LLC »» 07S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | ONE MAIN FINANCIAL GROUP LLC »» 07U | Unsecured Creditors | $4,117.99 | $16.30 | $4,101.69 |
| 10 | QUANTUM3 GROUP LLC AS AGENT FOR »» 008 | Unsecured Creditors | $9,317.75 | $49.05 | $9,268.70 |
| 11 | PENTAGON FEDERAL CREDIT UNION »» 009 | Unsecured Creditors | $10,938.77 | $57.58 | $10,881.19 |
| 12 | CAPITAL ONE BANK (USA) NA »» 010 | Unsecured Creditors | $9,926.14 | $52.27 | $9,873.87 |
| 13 | CAPITAL ONE BANK (USA) NA »» 011 | Unsecured Creditors | $10,343.25 | $54.44 | $10,288.81 |
| 14 | CAPITAL ONE BANK (USA) NA »» 012 | Unsecured Creditors | $6,788.66 | $35.73 | $6,752.93 |

**Chapter 13 Case No. 23-13181-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 15 | CAPITAL ONE BANK (USA) NA<br>»» 013 | Unsecured Creditors | $3,768.64 | $19.84 | $3,748.80 |
| 16 | CAPITAL ONE BANK (USA) NA<br>»» 014 | Unsecured Creditors | $5,408.76 | $21.41 | $5,387.35 |
| 17 | USAA FEDERAL SAVINGS BANK<br>»» 015 | Secured Creditors | $697.98 | $697.98 | $0.00 |
| 18 | MARINER FINANCE LLC<br>»» 016 | Unsecured Creditors | $5,200.50 | $20.56 | $5,179.94 |
| 19 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 017 | Unsecured Creditors | $3,697.13 | $19.48 | $3,677.65 |
| 20 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 018 | Unsecured Creditors | $738.73 | $0.00 | $738.73 |
| 21 | CITIBANK NA<br>»» 019 | Unsecured Creditors | $443.17 | $0.00 | $443.17 |
| 29 | LVNV FUNDING LLC<br>»» 027 | Unsecured Creditors | $5,184.74 | $20.50 | $5,164.24 |
| 30 | LVNV FUNDING LLC<br>»» 028 | Unsecured Creditors | $2,434.03 | $0.00 | $2,434.03 |
| 31 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 029 | Unsecured Creditors | $7,356.78 | $38.71 | $7,318.07 |
| 32 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 030 | Unsecured Creditors | $12,100.13 | $63.70 | $12,036.43 |
| 33 | LOANCARE SERVICING CENTER<br>»» 031 | Mortgage Arrears | $276.36 | $276.36 | $0.00 |
| 22 | LVNV FUNDING LLC<br>»» 020 | Unsecured Creditors | $1,008.81 | $0.00 | $1,008.81 |
| 23 | LVNV FUNDING LLC<br>»» 021 | Unsecured Creditors | $1,247.97 | $0.00 | $1,247.97 |
| 24 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 022 | Unsecured Creditors | $1,807.12 | $0.00 | $1,807.12 |
| 25 | LVNV FUNDING LLC<br>»» 023 | Unsecured Creditors | $1,560.37 | $0.00 | $1,560.37 |
| 26 | LVNV FUNDING LLC<br>»» 024 | Unsecured Creditors | $1,372.16 | $0.00 | $1,372.16 |
| 27 | SALLIE MAE<br>»» 025 | Unsecured Creditors | $32,439.93 | $170.77 | $32,269.16 |
| 28 | SALLIE MAE<br>»» 026 | Unsecured Creditors | $31,936.67 | $168.11 | $31,768.56 |
| 34 | BABITBAY BEACH DEVELOPMENT V.V | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 35 | BANK OF AMERICA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 36 | MISSION LANE TAB BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 37 | TBOM/ATLS/FORTIVA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 38 | USAA FEDERAL SAVINGS BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-13181-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $9,570.00 | Current Monthly Payment: | $435.00 |
| Paid to Claims: | $8,233.28 | Arrearages: | $0.00 |
| Paid to Trustee: | $833.00 | Total Plan Base: | $26,100.00 |
| Funds on Hand: | $503.72 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.