Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Latasha S Connor
Dexter E Connor
2025 Strathmore Drive
Macungie, PA 18062

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 23-13181-PMM**

Petition Filed Date: 10/24/2023
341 Hearing Date: 12/05/2023
Confirmation Date: 04/18/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/26/2025 | $435.00 | | 09/26/2025 | $435.00 | | 10/27/2025 | $435.00 | |
| 11/25/2025 | $435.00 | | 12/29/2025 | $435.00 | | 01/28/2026 | $435.00 | |
| 02/26/2026 | $435.00 | | 03/26/2026 | $435.00 | | 04/27/2026 | $435.00 | |
| 05/27/2026 | $435.00 | | 06/26/2026 | $435.00 | | 07/24/2026 | $435.00 | |

**Total Receipts for the Period: $5,220.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $14,790.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | LYNN E FELDMAN ESQ | Attorney Fees | $4,388.00 | $4,388.00 | $0.00 |
| 1 | UPSTART NETWORK INC<br>»» 001 | Unsecured Creditors | $29,792.71 | $615.45 | $29,177.26 |
| 2 | ACHIEVE PERSONAL LOANS<br>»» 002 | Unsecured Creditors | $43,661.93 | $901.98 | $42,759.95 |
| 3 | DISCOVER BANK<br>»» 003 | Unsecured Creditors | $2,023.31 | $31.50 | $1,991.81 |
| 4 | UNITED STATES TREASURY (IRS)<br>»» 04P | Priority Crediors | $1,309.47 | $1,309.47 | $0.00 |
| 5 | UNITED STATES TREASURY (IRS)<br>»» 04U | Unsecured Creditors | $17.49 | $0.00 | $17.49 |
| 6 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | US DEPARTMENT OF EDUCATION<br>»» 006 | Unsecured Creditors | $69,603.16 | $1,437.82 | $68,165.34 |
| 8 | ONEMAIN FINANCIAL GROUP LLC<br>»» 07S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | ONEMAIN FINANCIAL GROUP LLC<br>»» 07U | Unsecured Creditors | $4,117.99 | $79.81 | $4,038.18 |
| 10 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 008 | Unsecured Creditors | $9,317.75 | $192.53 | $9,125.22 |
| 11 | PENTAGON FEDERAL CREDIT UNION<br>»» 009 | Unsecured Creditors | $10,938.77 | $226.00 | $10,712.77 |
| 12 | CAPITAL ONE BANK (USA) NA<br>»» 010 | Unsecured Creditors | $9,926.14 | $205.05 | $9,721.09 |

**Chapter 13 Case No. 23-13181-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 13 | CAPITAL ONE BANK (USA) NA<br>»» 011 | Unsecured Creditors | $10,343.25 | $213.70 | $10,129.55 |
| 14 | CAPITAL ONE BANK (USA) NA<br>»» 012 | Unsecured Creditors | $6,788.66 | $140.19 | $6,648.47 |
| 15 | CAPITAL ONE BANK (USA) NA<br>»» 013 | Unsecured Creditors | $3,768.64 | $77.90 | $3,690.74 |
| 16 | CAPITAL ONE BANK (USA) NA<br>»» 014 | Unsecured Creditors | $5,408.76 | $104.84 | $5,303.92 |
| 17 | USAA FEDERAL SAVINGS BANK<br>»» 015 | Secured Creditors | $697.98 | $697.98 | $0.00 |
| 18 | MARINER FINANCE LLC<br>»» 016 | Unsecured Creditors | $5,200.50 | $100.76 | $5,099.74 |
| 19 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 017 | Unsecured Creditors | $3,697.13 | $76.36 | $3,620.77 |
| 20 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 018 | Unsecured Creditors | $738.73 | $15.24 | $723.49 |
| 21 | CITIBANK NA - EXCEPTION PAYMENTS<br>»» 019 | Unsecured Creditors | $443.17 | $0.00 | $443.17 |
| 29 | LVNV FUNDING LLC<br>»» 027 | Unsecured Creditors | $5,184.74 | $100.42 | $5,084.32 |
| 30 | LVNV FUNDING LLC<br>»» 028 | Unsecured Creditors | $2,434.03 | $47.15 | $2,386.88 |
| 31 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 029 | Unsecured Creditors | $7,356.78 | $151.95 | $7,204.83 |
| 32 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 030 | Unsecured Creditors | $12,100.13 | $249.96 | $11,850.17 |
| 33 | LOANCARE SERVICING CENTER<br>»» 031 | Mortgage Arrears | $276.36 | $276.36 | $0.00 |
| 22 | LVNV FUNDING LLC<br>»» 020 | Unsecured Creditors | $1,008.81 | $15.69 | $993.12 |
| 23 | LVNV FUNDING LLC<br>»» 021 | Unsecured Creditors | $1,247.97 | $16.18 | $1,231.79 |
| 24 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 022 | Unsecured Creditors | $1,807.12 | $32.70 | $1,774.42 |
| 25 | LVNV FUNDING LLC<br>»» 023 | Unsecured Creditors | $1,560.37 | $32.19 | $1,528.18 |
| 26 | LVNV FUNDING LLC<br>»» 024 | Unsecured Creditors | $1,372.16 | $16.09 | $1,356.07 |
| 27 | SALLIE MAE<br>»» 025 | Unsecured Creditors | $32,439.93 | $670.15 | $31,769.78 |
| 28 | SALLIE MAE<br>»» 026 | Unsecured Creditors | $31,936.67 | $659.77 | $31,276.90 |
| 34 | BABITBAY BEACH DEVELOPMENT V.V | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 35 | BANK OF AMERICA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 36 | MISSION LANE TAB BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 37 | TBOM/ATLS/FORTIVA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 38 | USAA FEDERAL SAVINGS BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-13181-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $14,790.00 | Current Monthly Payment: | $435.00 |
| Paid to Claims: | $13,083.19 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,225.31 | Total Plan Base: | $26,100.00 |
| Funds on Hand: | $481.50 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.